1  JEREMY W. KATZ (SBN: 119418)
   PINNACLE LAW GROUP LLP
2  425 California Street, Suite 1800
   San Francisco, CA 94104
3  Email: jkatz@pinnaclelawgroup.com
   Telephone:  (415) 394-5700
4  Facsimile:   (415) 394-5003

5  Attorneys for Secured Creditor
   INVESTMENT GRADE LOANS, INC.

6

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION

10

| In re: | Case No. 07-31657 DM 11 |
|---|---|
| SAGE CREEK RANCH, LLC, | Chapter 11 |
| Debtor. | REQUEST FOR SPECIAL NOTICE |

15  TO:  THE DEBTOR; THE UNITED STATES TRUSTEE; AND ALL PARTIES IN INTEREST:

16          PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007, secured

17  creditor Investment Grade Loans, Inc. requests that all notices given or required to be given in

18  this case, and all papers served or required to be served in this case, be given and served upon the

19  following:

                Jeremy W. Katz, Esq.
20              PINNACLE LAW GROUP LLP
                425 California Street, Suite 1800
21              San Francisco, CA  94104
                Telephone:  (415) 394-5700
22              email: jkatz@pinnaclelawgroup.com

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, or otherwise.

Dated: January 30, 2008                    PINNACLE LAW GROUP LLP


By: Jeremy W. Katz                        
    JEREMY W. KATZ
    Attorneys for Secured Creditor
    INVESTMENT GRADE LOANS, INC.

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 07-31657    Doc# 14    Filed: 01/30/08    Entered: 01/30/08 16:52:31    Page 2 of 3

## PROOF OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On January 30, 2008, I served the following document(s) entitled:

## REQUEST FOR SPECIAL NOTICE

upon the following person(s) in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, California addressed as follows:

Office of the United States Trustee
235 Pine Street, Suite 850
San Francisco, CA 94104

Riechers Spence Associates
1541 Third Street
Napa, CA 94559

John S. Morken, Sr., Esq.
760 Market Street, #938
San Francisco, CA 94102

Mr. Jeff Hammond
Atlas Peak Equipment
5000 Atlas Road
Napa, CA 94558

Benjamin R. Levinson, Esq.;
46 N. Second Street, Suite A
Campbell, CA 95008

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 30, 2008, at San Francisco, California.

/s/Sally J. Hamm
Sally J. Hamm

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 9
(415) 394-5700

5021.001\00054815     3     Request for Special Notice