**Entered on Docket**
**June 19, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 19, 2008

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | JEREMY W. KATZ (SBN 119418) |
| | MATTHEW J. SHIER (SBN 72638) |
| 2 | PINNACLE LAW GROUP LLP |
| | 425 California Street, Suite 1800 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 394-5700 |
| 4 | Facsimile: (415) 394-5003 |
| 5 | Attorneys for Creditor |
| | INVESTMENT GRADE LOANS, |
| 6 | INC., authorized agent for Andrew |
| | A. Lewis, Trustee; Aksel M. |
| 7 | Schmidt, Trustee; Fiserv ISS & |
| | Company, Custodian; Joel Nelson, |
| 8 | Trustee; Philip Sienna; Sanford |
| | Johnson & Victoria Johnson, |
| 9 | Trustees; Carl Quinn and Tracy |
| | Quinn; William Black and Marcella |
| 10 | Black; and Harry Beck |

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

SAGE CREEK RANCH, LLC, a Nevada limited liability company,

                Debtor.

Case No. 07-31657 DM 11

Chapter 11

**STIPULATED ORDER REGARDING ADEQUATE PROTECTION AND RELATED RELIEF**

Trial Date: May 9, 2008
Time:       1:30 p.m.
Dept.:       Courtroom 22nd Floor

The Honorable Dennis Montali
United States Bankruptcy Judge

     On May 9, 2008, a final hearing was scheduled to be held on the Motion for Relief from Automatic Stay (the "Motion") of INVESTMENT GRADE LOANS, INC., authorized agent for Andrew A. Lewis, Trustee; Aksel M. Schmidt, Trustee; Fiserv ISS & Company, Custodian, Joel Nelson, Trustee; Philip Sienna; Sanford Johnson & Victoria Johnson, Trustees; Carl Quinn and Tracy Quinn; William Black & Marcella Black; and Harry Beck (collectively "IGLI" or "Secured

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5021.001\00059887        1        **STIPULATED ORDER REGARDING ADEQUATE PROTECTION AND RELATED RELIEF**

Case: 07-31657   Doc# 44   Filed: 06/19/08   Entered: 06/19/08 16:54:19   Page 1 of 6

Creditor"). The issues to be tried at the hearing were whether Sage Creek Ranch, LLC (the "Debtor") was a single asset real estate entity and if so, whether the provisions of 11 U.S.C. § 362(d)(3) gave the Debtor an additional 30 days to comply with its provisions. IGLI was represented by Jeremy W. Katz. The Debtor was represented by John S. Morken, Sr. Before the hearing began, counsel for the parties reached a stipulation resolving the Motion, which was recited on the record. Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The automatic stay of 11 U.S.C. § 362(a) is hereby modified with regard to IGLI and the real property located near St. Helena, California, consisting of two unimproved parcels, APN #s 032-460-012 and 025-290-028 (collectively, the "Real Property").

2. Commencing August 1, 2008, and thereafter on the first day of each subsequent month and continuing until the loans are paid in full, but in no event later than July 1, 2009, the Debtor shall deliver payment by cashier's check(s) each in the total amount of $47,575.00 payable to "Investment Grade Loans Inc.", which payments shall be delivered to the attention of Jeremy W. Katz at Pinnacle Law Group LLP, 425 California Street, #1800, San Francisco, California, not later than 5:00 p.m. on such date (hereinafter collectively the "Adequate Protection Payments"). Each Adequate Protection Payment consists of the following:

    A. $23,512.50 as and for adequate protection to the beneficiaries under the Note Secured by Deed of Trust dated June 9, 2006, and recorded against the Real Property, the amount being equal to one month's interest at the default rate, late fees, and penalties pursuant to the terms of the note and deeds of trust; and

    B. $24,062.50 as and for adequate protection to the beneficiaries under the Note Secured by Deed of Trust dated August 23, 2006, recorded against the Real Property, the amount being equal to one month's interest at the default rate, late fees, and penalties pursuant to the terms of the note and deeds of trust.

IGLI is also the servicing agent for the beneficiaries under the notes and deeds of trust.

3. Provided that the Debtor timely makes the monthly Adequate Protection Payments pursuant to paragraph 2, then the Debtor shall have through and including July 1, 2009, to

refinance or sell the Real Property or otherwise satisfy the obligations owing to Secured Creditor on behalf of the beneficiaries under the notes and deeds of trust secured by the Real Property. The automatic stay of 11 U.S.C. § 362(a) shall fully and completely terminate as to Secured Creditor and the Real Property on July 1, 2009, at 11:59 p.m. (hereinafter the "Stay Expiration Date").

4. Upon termination of the automatic stay at the Stay Expiration Date, Secured Creditor shall have full and complete relief from the automatic stay of 11 U.S.C. § 362(a) to exercise all of its legal rights and remedies, including (i) the right to complete the foreclosure proceedings, including to conduct a trustee's non-judicial foreclosure sale of the Real Property pursuant to the laws of the State of California, notwithstanding the provisions of California Civil Code §2924g(d); (ii) to transfer title and possession of the Real Property to the successful bidder at the trustee's nonjudicial foreclosure sale, including any and all state court proceedings subsequent to foreclosure in order to obtain possession of the Real Property; and (iii) allowing Secured Creditor to apply the proceeds from the trustee's non-judicial foreclosure sale against the obligations owing to Secured Creditor under promissory notes secured by the deeds of trust. No further order of this Court shall be required. The provisions of Fed.R.Bank.Proc. 4001(a)(3) shall not apply to the Stay Expiration Date and the termination of the automatic stay shall be immediately effective.

5. If the Debtor fails to timely deliver any monthly Adequate Protection Payment as provided for in the notes and deeds of trust, then Secured Creditor shall serve the Debtor and its counsel with a written notice advising of the default(s) under the terms of this Order and providing for a 10 calendar-day period from service of the notice in which the Debtor may cure the default(s). The letter shall be served (i) by either facsimile or electronic mail on Debtor's counsel, and (ii) by first class mail to the Debtor and Debtor's Counsel as follows:

///

///

///

///

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5021.001\00059887

3

**STIPULATED ORDER REGARDING ADEQUATE PROTECTION AND RELATED RELIEF**

Case: 07-31657   Doc# 44   Filed: 06/19/08   Entered: 06/19/08 16:54:19   Page 3 of 6

|  |  |
|---|---|
| To Debtor: | Sage Creek Ranch, LLC<br>Attn: Michael Ohayon<br>369 Santa Ana<br>San Francisco, CA 94127 |
| To Debtor's Counsel: | John S. Morken, Sr.<br>Morken Law Office<br>760 Market St. #938<br>San Francisco, CA 94102<br>Telephone: (415) 391-6140<br>Facsimile: (415) 391-5977<br>E-mail: jomork@aol.com |

Secured Creditor shall have no further obligation to provide notice to the Debtor or its counsel in the event of a default.

6. Upon the expiration of the 10-day cure period described above and if the Debtor has not cured the defaults, then Secured Creditor may file a declaration and submit an order to the Court immediately terminating the automatic stay as to Secured Creditor, the Debtor, and the Real Property. The order shall provide that Secured Creditor shall have full and complete relief from the automatic stay of 11 U.S.C. § 362(a) to exercise all of its legal rights and remedies, including (i) the right to complete the foreclosure proceedings, including to conduct a trustee's non-judicial foreclosure sale of the Real Property pursuant to the laws of the State of California, notwithstanding the provisions of California Civil Code §2924g(d); (ii) to transfer title and possession of the Real Property to the successful bidder at the trustee's nonjudicial foreclosure sale, including any and all state court proceedings subsequent to foreclosure in order to obtain possession of the Real Property; and (iii) allowing Secured Creditor to apply the proceeds from the trustee's non-judicial foreclosure sale against the obligations owing to Secured Creditor under promissory notes secured by the deeds of trust. The order shall also provide that the provisions of Fed.R.Bank.Proc. 4001(a)(3) shall not apply to the order and the order shall be immediately effective upon entry by the Court. The Debtor shall have no right to oppose entry of an order terminating the automatic stay based upon an uncured event of default, except in the event that the Debtor did in fact timely cure the default.

7. If the Debtor files a chapter 11 plan (the "Plan"), the Plan shall include terms not inconsistent with this Order Regarding Adequate Protection and Related Relief.

5021.001\00059887     4     **STIPULATED ORDER REGARDING ADEQUATE PROTECTION AND RELIEF**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 07-31657    Doc# 44    Filed: 06/19/08    Entered: 06/19/08 16:54:19    Page 4 of 6

8.  In the event this case is converted to a chapter 7 or this case is dismissed and the Debtor subsequently refiles for bankruptcy, IGLI shall have unconditional relief from stay to complete the foreclosure proceedings and to take any and all actions authorized under applicable law.

APPROVED AS TO FORM:  MORKEN LAW OFFICE

Dated: June 16, 2008

By /s/ John S. Morken
    John S. Morken, Sr.
    Attorneys for Debtor

**END OF ORDER**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5021.001\00059887

5

**STIPULATED ORDER REGARDING ADEQUATE PROTECTION AND RELATED RELIEF**

# COURT SERVICE LIST

Jeremy W. Katz
425 California Street, #1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
E-mail: jkatz@pinnaclelawgroup.com

John S. Morken, Sr.
Morken Law Office
760 Market St. #938
San Francisco, CA 94102
Telephone: (415) 391-6140
Facsimile: (415) 391-5977
E-mail: jomork@aol.com

Office of the United States Trustee
235 Pine Street
San Francisco, CA 94104
Telephone: (415) 705-3333
USTPRegion17.SF.ECF@usdoj.gov

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5021.001\00059887

6

**STIPULATED ORDER REGARDING ADEQUATE PROTECTION AND RELATED RELIEF**

Case: 07-31657   Doc# 44   Filed: 06/19/08   Entered: 06/19/08 16:54:19   Page 6 of 6